UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN MARTINEZ,<br>Plaintiff,<br>-against-<br>CITY OF NEW YORK, et al.,<br>Defendants. | 1:26-CV-6323 (ALC)<br>ORDER OF SERVICE |

ANDREW L. CARTER JR., United States District Judge:

Plaintiff Steven Martinez, who appears *pro se*, brings this action asserting claims for damages under 42 U.S.C. § 1983. He sues: (1) the City of New York; (2) New York City Police Department ("NYPD") Police Officer Samuels; (3) NYPD Police Officer Arroyo Passos; (4) NYPD Police Officer Ramos; (5) NYPD Police Officer Fein; (6) NYPD Police Officer Ventillosa; and (7) unidentified NYPD "John Doe Police Officers 1-20." The Court construes Plaintiff's complaint as also asserting claims under state law.

By order dated August 4, 2026, the court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, leave to proceed with prepayment of fees.

The Court requests that the City of New York and the identified individual Defendants waive service of summonses. The Court directs the Corporation Counsel of the City of New York to provide Plaintiff and the Court with the full identities and badge numbers of the unidentified Defendants, specifically, those NYPD members who assisted the identified individual Defendants with respect to the arrests and hospitalizations of Plaintiff on or about September 16, 2023, and continuing thereafter, as alleged in the complaint.

## DISCUSSION

### A. Waivers of service

The Court directs the Clerk of Court to electronically notify the NYPD and the New York City Law Department of this order. The Court requests that the City of New York, NYPD Police Officer Samuels (Badge No. 15871), NYPD Police Officer Arroyo Passos (Badge No. 19456), NYPD Police Officer Ramos (Badge No. 18562), NYPD Police Officer Fein (Badge No. 12382), and NYPD Policer Officer Ventillosa (Badge No. 21341) waive service of summonses.

### B. Unidentified Defendants

Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court in identifying unidentified defendants. 121 F.3d 72, 76 (2d Cir. 1997). In the complaint, Plaintiff supplies sufficient information to permit the NYPD to identify the unidentified "John Doe" Defendants. They are those members of the NYPD who assisted the identified individual Defendants with respect to the arrests and hospitalizations of Plaintiff on or about September 16, 2023, and continuing thereafter, as alleged in the complaint. It is therefore ordered that the Corporation Counsel of the City of New York, who is the attorney for and agent of the NYPD, must ascertain the identity and badge number of each of the abovementioned unidentified Defendants whom Plaintiff seeks to sue here.[1] The Corporation Counsel must provide this information to Plaintiff and the Court within 60 days of the date of this order.

---

[1] If an unidentified Defendant is a current or former NYPD employee or official, the Corporation Counsel should note in the response to this order that an electronic request for a waiver of service can be made under the e-service agreement for actions involving NYPD defendants, rather than by personal service. If an unidentified Defendant is not a current or former NYPD employee or official, the Corporation Counsel must provide a residential address or other address where that Defendant may be served.

Within 30 days of receiving this information, Plaintiff must file an amended complaint naming the newly identified individuals as Defendants and providing their badge numbers. The amended complaint will replace, not supplement, the original complaint. An amended complaint form that Plaintiff should complete is attached to this order. Once Plaintiff has filed an amended complaint, the Court will screen it and, if necessary, issue an order requesting that the newly named Defendants waive service of summonses.

## C. City Bar Justice Center

The City Bar Justice Center ("CBJC") operates the SDNY Federal Pro Se Legal Assistance Project to assist parties representing themselves in civil cases filed in this court.[2] Appointments can be scheduled by completing the CBJC's intake form. If Plaintiff is not able to complete this form, or if he has questions about the form, he should call (212) 382-4794. A flyer with details is attached.

## CONCLUSION

The Court directs the Clerk of Court to mail an information package to Plaintiff.

The Court also directs the Clerk of Court to electronically notify the NYPD and the New York City Law Department of this order. The Court requests that the City of New York, NYPD Police Officer Samuels (Badge No. 15871), NYPD Police Officer Arroyo Passos (Badge No. 19456), NYPD Police Officer Ramos (Badge No. 18562), NYPD Police Officer Fein (Badge No. 12382), and NYPD Policer Officer Ventillosa (Badge No. 21341) waive service of summonses

---

2 The CBJC is a private organization that is not part of the court, and the CBJC's SDNY Federal Pro Se Legal Assistance Project cannot accept filings on behalf of the court.

and that the Corporation Counsel of the City of New York respond as directed with respect to the *Valentin* instructions stated above.

An amended complaint form is attached to this order.

SO ORDERED.

Dated: September 25, 2026
New York, New York

ANDREW L. CARTER JR.
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

______________________________________________________

______________________________________________________

Write the full name of each plaintiff.

_____CV_______________

(Include case number if one has been assigned)

against

______________________________________________________

______________________________________________________

______________________________________________________

______________________________________________________

Write the full name of each defendant. If you need more space, please write “see attached” in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

# AMENDED

# COMPLAINT

Do you want a jury trial?
☐ Yes ☐ No

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual’s full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual’s birth; a minor’s initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction in your case?

☐ **Federal Question**

☐ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , ______________________________________, is a citizen of the State of
(Plaintiff's name)

______________________________________________
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

______________________________________________.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, ________________________________________, is a citizen of the State of
(Defendant's name)

________________________________________________________

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

________________________________________________________.

If the defendant is a corporation:

The defendant, ___________________________________, is incorporated under the laws of

the State of _____________________________________________

and has its principal place of business in the State of ___________________________________

or is incorporated under the laws of (foreign state) ____________________________________

and has its principal place of business in ___________________________________________.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

______________________________________________________________________________________
First Name  Middle Initial  Last Name

______________________________________________________________________________________
Street Address

______________________________________________________________________________________
County, City  State  Zip Code

__________________________________  _________________________________________________
Telephone Number  Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

Defendant 2:

First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

Defendant 3:

First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

Defendant 4: ______________________________

First Name Last Name

______________________________

Current Job Title (or other identifying information)

______________________________

Current Work Address (or other address where defendant may be served)

______________________________

County, City State Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: ______________________________

Date(s) of occurrence: ______________________________

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated Plaintiff's Signature

First Name Middle Initial Last Name

Street Address

County, City State Zip Code

Telephone Number Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

# FEDERAL PRO SE LEGAL ASSISTANCE PROJECT

in the Southern District of New York (SDNY)

CITY BAR JUSTICE CENTER

## ABOUT THE PROJECT

The Federal Pro Se Legal Assistance Project (Fed Pro) provides limited assistance to self-represented litigants (plaintiffs and defendants) with cases involving civil legal matters in the United States District Court for the Southern District of New York (SDNY).

## HOW TO SCHEDULE AN APPOINTMENT

To schedule an appointment for assistance with City Bar Justice Center's Fed Pro project, you must first complete our online Intake Form.

- Our online Intake Form is accessible via one of these methods:
  - Scan the QR code to the right.
  - Go to bit.ly/prosesdny
- Once on the City Bar Justice Center Federal Pro Se Legal Assistance page, scroll down to "SDNY" and then click "APPLY FOR HELP" to be taken to the Intake Form.
- When the Intake Form asks: "How can we help you", please select "Federal Court Case" from the drop-down menu. The Fed Pro SDNY office will receive your application ONLY if you select "federal court case." If you select anything else, you will need to re-complete your application.

Once you complete the form, someone will contact you, usually within five business days, to schedule an appointment. If you are not able to complete the Intake Form, please call (212) 382-4794, leave a detailed message, and wait for us to call you back, typically within five business days.

## HOW WE HELP

**While we cannot provide full representation,** we can assist litigants by providing limited-scope services such as:

- **Counseling** about potential federal claims prior to filing suit
- **Interpreting and explaining** federal law and procedure
- **Reviewing drafted pleadings** and correspondence with the Court
- Consulting on **discovery** matters
- Assisting with the **settlement** process (including **mediation**)